OFFICE OF DISCIPLINARY COUNSEL *v.* TAYLOR.

[Cite as *Disciplinary Counsel v. Taylor* (1997), 78 Ohio St.3d 312.]

■■■■■■■■■■■■

(No. 96–2479—Submitted January 22, 1997—Decided April 30, 1997.)

■■■■■■■■■■

■■■■■■■■■■■■

*Geoffrey Stern,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator.

*James M. McCord,* for respondent.

---

*Per Curiam.* On review of the record, we adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for one year. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., not participating.